**99–1663. State ex rel. Middleworth v. Regal Ware, Inc.**
Franklin App. No. 98AP–1017. On request for oral argument and motion to strike appellant's merit brief by Francis Middleworth. Request and motion denied; *sua sponte*, it is ordered that all proper papers be served within twenty days.

**00–266. State v. Burnett.**
Hamilton App. No. C–981003. On response to November 21, 2000 show cause order. This cause is not dismissed and will be set for oral argument.

**00–507. Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–899–TP–ALT. On motion to seal portion of supplement. Motion granted.

**00–977. Columbus Bar Assn. v. Bailey.**
On motion for relief from judgment on order of October 13, 2000. Motion denied.
    LUNDBERG STRATTON, J., would also order sanctions.

**00–1479. State v. Kole.**
Lorain App. No. 98CA007116. On motion for appeal bond. Motion granted.
    RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**00–1502. Princeton City School Dist. Bd. of Edn. v. Zaino.**
Board of Tax Appeals, No. 97–K–827. On motion to consolidate case with 00–1503, *Princeton City School Dist. Bd. of Edn. v. Zaino,* Board of Tax Appeals No. 97–K–828; 00–1504, *Princeton City School Dist. Bd. of Edn. v. Zaino,* Board of Tax Appeals No. 97–K–825; 00–1505, *Princeton City School Dist. Bd. of Edn. v. Zaino,* Board of Tax Appeals No. 97–K–826; 00–1506, *Princeton City School Dist. Bd. of Edn. v. Zaino,* Board of Tax Appeals No. 97–K–829; and 00–1507, *Princeton City School Dist. Bd. of Edn. v. Zaino,* Board of Tax Appeals No. 97–K–830. Motion granted.

**00–2116. State v. Hayden.**
Lake App. No. 99–L–037. On motion for leave to file delayed appeal. Motion granted.
    RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**00–2144. State v. Bailey.**
Butler App. No. CA99–03–067. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–2145. Citizen Power, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. On motion for admission *pro hac vice* of Harvey L. Reiter and Steven K. White by William M. Ondrey Gruber. Motion granted.

**00–2159. In re Church.**
Franklin App. No. 99AP–311. On motion for leave to file delayed appeal. Motion granted.
    DOUGLAS and F.E. SWEENEY, JJ., dissent.

**00–2160. State v. Spurlock.**
Montgomery App. No. 17954. On motion for leave to file delayed appeal. Motion granted.
    DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–2166. State v. Vallejo.**
Lucas App. No. L–98–1090. On motion for leave to file delayed appeal. Motion denied.
    RESNICK, J., not participating.

**00–2182. State v. Brown.**
Franklin App. No. 99AP–611. On motion for leave to file delayed appeal. Motion denied.

**00–2185. State v. Evans.**
Hamilton App. No. C–000640. On motion for leave to file delayed appeal. Motion denied.
    MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.